IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–18–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MARK JOHN LITTLEFIELD, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 32.) Defendant Mark John Littlefield has been adjudged guilty of being a prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), as charged in the Indictment. (Doc. 37.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED the motion (Doc. 32) is GRANTED.

IT IS FURTHER ORDERED that Littlefield's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Taurus Tracker .357 Magnum pistol, serial number LM377648; and
- 7 Rounds Armco Ammunition CAL:357.

IT IS FURTHER ORDERED that the ATF and/or a designated sub-

custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1) and 18 U.S.C. § 982(b)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 12th day of February, 2024.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court